HARRIET E. HOOK AND OTHERS, APPELLANTS V. JOHN LINTON, CURATOR.

The death of the appellee having been suggested, and the counsel for his executor offering to enter his appearance for the executor, the court sustained a motion to dismiss the cause, as no person appeared to prosecute the suit for the appellants.

BILL in equity from the district court of Louisiana, brought by appeal to this court, from a decree of the district court dimissing the bill upon a demurrer.

It was suggested by Mr. Porter, as counsel for appellee, that Linton was dead, and he was ready to enter his appearance for his executor, and to revive the suit; and as no person appeared to prosecute the suit for the appellants, he moved for a dismissal of the appeal.

The Court took the motion into consideration, and on the succeeding day directed the appeal to be dismissed.